IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM STOKELEY,

      Appellant,

 v.                                    Case No. 5D16-861

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 29, 2016

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

William Stokeley, Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      William Stokeley appeals the summary denial of his motion for postconviction relief

filed pursuant to Florida Rule of Criminal Procedure 3.850. We affirm as to Grounds Two,

Three, and Four. However, because Stokeley's first ground for relief is insufficiently pled,

see Alcorn v. State, 121 So. 3d 419, 430 (Fla. 2013), we reverse the summary denial and

remand with directions that the trial court dismiss Ground One and provide Stokeley with

an opportunity to amend, but only as it relates to his first counsel, Ms. Yeager.  See Spera

v. State, 971 So. 2d 754, 762 (Fla. 2007).

AFFIRMED in part, REVERSED in part, and REMANDED.

LAWSON, C.J., SAWAYA and BERGER, JJ., concur.